**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISON**

| | | |
|---|---|---|
| In re: | § | Case No. 11-40033 |
| WILLIAM KLOESE | § | Chapter 7 |
| | § | |
| Debtor(s) | § | |
| | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOJI TAKADA, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

       Clerk of the Court
       219 South Dearborn
       Chicago, Illinois

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

   A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on October 5, 2012 in Courtroom 201,

       United States Courthouse
       Will County Court Annex Building
       57 North Ottawa Street, Suite 201
       Joliet, Illinois

   If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  09/05/12       By:  Joji Takada
                  Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois  60646

**UST Form 101-7-NFR(7/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
WILLIAM KLOESE § Case No. 11-40033
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 3,200.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 3,200.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 0.00 | $ 0.00 | $ 800.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 800.00 |
| Remaining Balance | | $ | 2,400.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,701.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | US Bank N. A. | $ 6,705.03 | $ 0.00 | $ 1,503.74 |
| 2 | GE Capital Retail Bank | $ 3,996.36 | $ 0.00 | $ 896.26 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,400.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
Trustee

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

*Joji Takada*
*6336 North Cicero Avenue, Suite 201*
*Chicago, IL 60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:   Case No. 11-40033-BWB
William Kloese   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: mrahmoun      Page 1 of 2      Date Rcvd: Sep 06, 2012
     Form ID: pdf006      Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2012.
```
db          +William Kloese,   20017 Graceland Lane,   Frankfort, IL 60423-8929
17870962     AAA Restoration,   9700 W. 98th Ave.,   Suite 103,   Mokena, IL 60448
17870963    +Affinity,   P.O. Box 20650,   Lehigh Valley, PA 18002-0650
17870964    +Check Systems, Inc.,   Attn: Customer Relations,   7805 Hudson Road, Ste 100,
              Woodbury, MN 55125-1703
17870966    +Direct Buy,   8450 Broadway,   Merrillville, IN 46410-6221
17870967    +Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
17870968     Ed Arcos,   9700 W 98th Ave.,   Suite 103,   Mokena, IL 60448
17870969     Equifax Information Services, LLC,   P.O. Box 740256,   Atlanta, GA 30374-0256
17870970     Experian,   P.O. Box 9701,   Allen, TX 75013-9701
18433721     GE Capital Retail Bank,   c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,
              Miami FL 33131-1605
17870973   ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/bsbuy,   Po Box 15519,   Wilmington, DE 19850)
17870972    +Henn and Sons,   13733 Wicker Ave.,   Cedar Lake, IN 46303-9085
17870974    +Indymac Bank,   Attn:Bankruptcy,   2900 Esperanza Crossing,   Austin, TX 78758-3658
17870975    +Terry's RV,   20450 S. LaGrange,   Frankfort, IL 60423-1301
17870976    +TransUnion Consumer Solutions,   P.O. Box 2000,   Chester, PA 19016-2000
18145868   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US BANK N.A.,   BANKRUPTCY DEPARTMENT,   P.O. BOX 5229,
              CINCINNATI, OH 45201-522)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17870971    +E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2012 02:46:12    Gemb/care Credit,   Po Box 981439,
              El Paso, TX 79998-1439
                                                                                             TOTAL: 1
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
17870977*  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Us Bank,   425 Walnut St,   Cincinnati, OH 45202)
17870978*  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Us Bank/na Nd,   4325 17th Ave S,   Fargo, ND 58125)
17870965   ##+Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
                                                                                 TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 08, 2012**      **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: mrahmoun              Page 2 of 2                  Date Rcvd: Sep 06, 2012
                              Form ID: pdf006             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2012 at the address(es) listed below:
        Joji  Takada    trustee@takadallc.com,  jtakada@ecf.epiqsystems.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Terri M Long    on behalf of Creditor   OneWest Bank, FSB, its successors and/or assigns
         Courts@tmlong.com
        Thomas W Toolis    on behalf of Debtor William Kloese twt@jtlawllc.com,
         lld@jtlawllc.com;axb@jtlawllc.com
                                                                                                                                                                                                                                                   TOTAL: 4

Case 11-40033   Doc 30   Filed 09/06/12   Entered 09/08/12 23:32:11   Desc Imaged
Certificate of Notice   Page 6 of 6