UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                          §
                                                §
                                                §
WILLIAM KLOESE                                   §          Case No. 11-40033
                                                §
                                                §
            Debtor(s)                           §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada                  , chapter 7 trustee, submits this Final Account, Certification
that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and
third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of
the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                 . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/Joji Takada_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | GE Capital Retail Bank | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | US Bank N. A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Case 11-40033 Doc 35 Filed 01/19/13 Entered 01/19/13 10:59:27 Desc Main
Document Page 6 of 9

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-40033 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada |
|---|---|---|---|---|---|---|
| Case Name: | WILLIAM KLOESE | | | | Date Filed (f) or Converted (c): | 09/30/2011 (f) |
| | | | | | 341(a) Meeting Date: | 10/24/2011 |
| For Period Ending: | 01/19/2013 | | | | Claims Bar Date: | 02/22/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 20017 GRACELAND | 110,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND | 100.00 | 0.00 | | 0.00 | FA |
| 3. TECH CREDIT UNION - CHECKING ACCOUNT | 742.69 | 0.00 | | 0.00 | FA |
| 4. TECH CREDIT UNION - SAVINGS ACCOUNT | 1,108.13 | 0.00 | | 0.00 | FA |
| 5. MISC. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. NORMAL AND CUSTOMARY | 300.00 | 0.00 | | 0.00 | FA |
| 7. 62 SHARES OF UPS STOCK | 4,543.65 | 3,494.47 | | 3,200.00 | FA |
| 8. 2005 GMC SIERRA TRUCK MILES 148,000 | 4,000.00 | 0.00 | | 0.00 | FA |
| 9. 2003 COACHMAN CAMPER TRAVEL TRAILER | 7,500.00 | 2,500.00 | | 0.00 | FA |
| 10. 98 HARLEY DAVIDSON MOTORCYCLE | 500.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $129,794.47 | $5,994.47 | | $3,200.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

110111--Telephone conference with Debtor's counsel re: equity in UPS stock; Agreed to payment of equity of $3200.00.
090512--TFR filed.
101012--Distribution made; Checks cut.

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

Case 11-40033   Doc 35   Filed 01/19/13   Entered 01/19/13 10:59:27   Desc Main
Document    Page 7 of 9

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 2 | -- | *Debtor Claimed Exemption |
| RE PROP # | 3 | -- | *Debtor Claimed Exemption |
| RE PROP # | 4 | -- | *Debtor Claimed Exemption |
| RE PROP # | 5 | -- | *Debtor Claimed Exemption |
| RE PROP # | 6 | -- | *Debtor Claimed Exemption |
| RE PROP # | 7 | -- | *Debtor Claimed Exemption |
| RE PROP # | 10 | -- | *Debtor Claimed Exemption |

Initial Projected Date of Final Report (TFR): 09/30/2013          Current Projected Date of Final Report (TFR): 09/30/2013

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: 11-40033 | Trustee Name: Joji Takada |
| Case Name: WILLIAM KLOESE | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX5957 |
| | Checking Account |
| Taxpayer ID No: XX-XXX2274 | Blanket Bond (per case limit): |
| For Period Ending: 01/19/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/26/12 | 7 | Jahnke Sullivan Toolis 9031 W 151st Street Orland Park, Illinois 60462 | Non-exempt funds | 1129-000 | $3,200.00 | | $3,200.00 |
| 10/10/12 | 1001 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $800.00 | $2,400.00 |
| 10/10/12 | 1002 | US Bank N. A. US Bank N.A. Bankruptcy Department P.O. Box 5229 Cincinnati, Oh 45201-522 | Final distribution to claim 1 representing a payment of 22.43 % per court order. | 7100-000 | | $1,503.74 | $896.26 |
| 10/10/12 | 1003 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Final distribution to claim 2 representing a payment of 22.43 % per court order. | 7100-000 | | $896.26 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $3,200.00 | $3,200.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $3,200.00 | $3,200.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,200.00 | $3,200.00 |

|  |  |  |
|---|---|---|
| Page Subtotals: | $3,200.00 | $3,200.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Case 11-40033    Doc 35    Filed 01/19/13    Entered 01/19/13 10:59:27    Desc Main
Document      Page 9 of 9

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5957 - Checking Account | $3,200.00 | $3,200.00 | $0.00 |
| | $3,200.00 | $3,200.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,200.00 |
| Total Gross Receipts: | $3,200.00 |

Page Subtotals:                    $0.00          $0.00